UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAVIEAUNN GRAY,

    Plaintiff,

v.

                                    Case No. 2:24-cv-12

UNKNOWN POST,
                                      Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

On June 3, 2025, the magistrate judge entered a report and recommendation ("R&R") that the Court grant Defendant's motion for summary judgment and dismiss the case. (R&R, ECF No. 32.) No parties have filed objections to the R&R. The Court agrees with the recommended disposition. Although the prison video does not definitively rule out Plaintiff's contention that Defendant grabbed his arm and twisted it, Defendant states in an affidavit that he did not grab Plaintiff's arm and pull it away from another officer. Plaintiff, meanwhile, offers no evidence to support his claim. The video, even when construed in Plaintiff's favor, does not support his contention.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 32) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

2

A judgment will enter in accordance with this Order.


Dated: July 9, 2025                              /s/ Hala Y. Jarbou
                                                 HALA Y. JARBOU
                                                 CHIEF UNITED STATES DISTRICT JUDGE

2